# United States District Court
## WESTERN DISTRICT OF TENNESSEE

### JUDGMENT IN A CIVIL CASE

TIMOTHY KINNER a/k/a
TIMMY KINNER,
    Plaintiff,

v.                                   CASE NUMBER: 2:15-2105-JDT-cgc

TONY MOORE, ET AL.,
    Defendants,

    **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the Order entered on 11/17/16 in the above-styled matter, this case is hereby **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's order. The Defendants' motion to dismiss is **MOOT**. It is **CERTIFIED**, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Plaintiff would not be taken in good faith. Leave to proceed on appeal *in forma pauperis* is, therefore, **DENIED**.

**APPROVED:**

                                         s/ **James D. Todd**
                                         JAMES D. TODD
                                         UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**